(Docket Entry No. 29)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____  :
                                     :
CARL B. SMITH,                       :
                                     :
       Plaintiff,                   :   Civil No. 03-0932 (RBK)
                                     :
   v.                                :   **ORDER**
                                     :
UNITED STATES OF AMERICA             :
                                     :
       Defendant.                   :
_____  :

      This matter having come before the Court upon motion by Defendant United States of America ("Defendant"), for dismissal of the claims of Plaintiff Carl B. Smith ("Plaintiff") for lack of jurisdiction; and the Court having considered the moving papers, and the Opposition thereto; and for the reasons expressed in the Opinion issued this date;

      IT IS hereby **ORDERED** that Defendant's motion to dismiss is **GRANTED.**

Dated: January 30, 2006     S/Robert B. Kugler
                                        ROBERT B. KUGLER
                                        United States District Judge